

**Rodd Naquin**
**Clerk of Court**

**Post Office Box 4408**
**Baton Rouge, LA**
**70821-4408**
**(225) 382-3000**

## Notice of Judgment and Disposition

May 20, 2022

Docket Number:  2022 - KW - 0277

State Of Louisiana
   versus
Jacob Zachary King

TO:   Jacob Zachary King
      P.O. Box 888
      Jackson, La 70748

Hillar C. Moore III
EBR District Attorney
222 St. Louis Street
5th Floor
Baton Rouge, LA 70802
lori.olinde@ebrda.org

Hon. Louis R. Daniel
300 North Boulevard
Suite 9101
Baton Rouge, LA 70801

In accordance with Local Rule 6 of the Court of Appeal, First Circuit, I hereby certify that this notice of judgment and disposition and the attached disposition were transmitted this date to the trial judge or equivalent, all counsel of record, and all parties not represented by counsel.

RODD NAQUIN
CLERK OF COURT

# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JACOB ZACHARY KING

NO. 2022 KW 0277

**MAY 20, 2022**

---

In Re:     Jacob Zachary King, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-18-0316.

---

**BEFORE:     McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that a sanity review hearing is scheduled for relator on January 18, 2023.  With regard to relator's requests for injunctive relief, it appears relator sought assistance from this court in the first instance. Relator should first seek relief in the district court.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT